[No. 71383-3-I. Division One. June 15, 2015.]

*In the Matter of the Personal Restraint of* HECTOR SERANO SALINAS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 71391-4-I. Division One. June 15, 2015.]

*In the Matter of the Marriage of* AMANDA J. HALLIGAN, *Respondent,* and JOHN K. HALLIGAN, *Appellant.*

▮▮▮▮▮▮▮▮▮▮▮*Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.

[No. 71398-1-I. Division One. June 15, 2015.]

*In the Matter of the Marriage of* NATHAN BROWN III, *Appellant,* and MI K. BROWN, *Respondent.*

▮▮▮▮▮▮▮▮▮▮▮*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 71413-9-I. Division One. June 15, 2015.]

*In the Matter of the Marriage of* ROBIN MAELEE HITZ, *Respondent,* and ERIC JAMES HITZ, *Appellant.*

▮▮▮▮▮▮▮▮▮▮▮*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.